IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. A-13-CV-761 |
| | § | |
| ANY AND ALL FUNDS IN UBS AG, | § | |
| ACCOUNT NUMBER XXXX1138, | § | |
| | § | |
| ET AL., | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

NOW COMES, FRANCISCO COLORADO CESSA, Claimant, by and through his attorney of record, Chris Flood, Charles Flood and John Cline, and respectfully gives notice of interlocutory appeal to the United States Court of Appeals for the Fifth Circuit from the Order Confirming Interlocutory Private Judicial Sale of Respondent Hawker Aircraft, Doc. 69.

    Respectfully submitted,

    FLOOD & FLOOD

    /s/ *Chris Flood*
    Chris Flood
    Email: chris@floodandflood.com
    Texas Bar No. 07155700
    Charles Flood
    Email: charles@floodandflood.com
    Texas Bar No. 00798178
    John Cline
    Email: cline@johndclinelaw.com
    California Bar No. 237759

-2-

                        914 Preston, Suite 800
                        Houston, TX 77002
                        (713) 223-8877
                        (713) 223-8879 fax

                        **ATTORNEYS FOR CLAIMANT,**
                        **FRANCISCO COLORADO CESSA**

## CERTIFICATE OF SERVICE

     I hereby certify that on June 17, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                        /s/ *Chris Flood*
                        Chris Flood